# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. TASHA WELLS                                          Docket No. 3:01CR00257(RNC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tasha Wells who was sentenced to 3 years probation for Conspiracy, in violation of 18 U.S.C. § 371, by the Honorable Robert N. Chatigny, Chief United States District Judge sitting in the court at Hartford, CT on August 9, 2002, who fixed a period of probation, which commenced on August 9, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall be placed on home confinement with electronic monitoring for a period of three months. The costs shall be paid by the probation office. 2) The defendant shall pay restitution in the amount of $3,500 as follows: $105.05 to YNHHFCU, Attn: Dawn Greco, 20 York St, Room 80 BC, New Haven, CT 06504; and $3,394.95 to CUNA Mutual Group: Attn: Terry Stocker, Claim No. B597 852, PO Box 12221, Madison, CT. The defendant shall pay restitution at a rate of $75 per month. 3) The defendant shall participate in a substance abuse treatment program approved by the probation officer, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with substance abuse treatment, based on her ability to pay, in an amount approved by the probation officer. 4) The defendant shall participate in a mental health treatment program approved by the probation officer, which may include counseling. The defendant shall pay all, or a portion of, the costs associated with mental health treatment, based on her ability to pay, in an amount approved by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

**Charge No. 1 Standard Condition 1:** "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On January 18, 2005, Ms. Wells was arrested and charged with Assault 3rd degree. Police responded to a domestic disturbance at the address where Ms. Wells resides. Upon arriving, they were told by witnesses that the defendant's girlfriend, Cherie Easterling, had been assaulted by Ms. Wells. She is scheduled to appear in Hartford Superior Court on February 16, 2005.

**Charge No. 2 Standard Condition 12:** "You shall notify the probation officer within 72 hours of being questioned or arrested by a law enforcement officer." Ms. Wells failed to notify the probation office of the above arrest. She did not disclose this information until she was questioned about it on January 27, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Tasha Wells to appear before this court at Hartford, Connecticut on _3/7/05_ _10 AM_ to show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this _24th_ day of _February_ 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Robert N. Chatigny
Chief U. S. District Judge

Sworn to By

_Michael P. Rafferty_
Michael P. Rafferty
U. S. Probation Officer

Place _Hartford, CT_
Date _2/24/05_

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this _24th_ day of February 2005 at Hartford, Connecticut, U.S. Probation Officer Michael P. Rafferty appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Robert N. Chatigny
Chief U.S. District Court Judge