UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:01CR00257(RNC) |
| v. | |
| TASHA WELLS | March 7, 2005 |

NOTICE OF APPEARANCE

Please enter the appearance of Geoffrey M. Stone, Assistant United States Attorney, as counsel for the United States of America, in the above-referenced case. My appearance is in lieu of the appearance of Shawn J. Chen, Assistant United States Attorney, United States Attorney's Office, Department of Justice.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    GEOFFREY M. STONE
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct25326
    450 Main Street
    Hartford, CT 06103
    Tele: (860) 947-1101

## **CERTIFICATION**

This is to certify that a copy of the within and foregoing was hand-delivered on this 7th day of March, 2005 to all counsel of record.

_____
GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY