376

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | CRIMINAL No. 3:01CR00257 (RNC) |
|---|---|
| v. | |
| TASHA WELLS | March 7, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Shawn J. Chen. Assistant United States Attorney Chen is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct25326
450 Main Street
Hartford, CT 06103
Tele: (860) 947-1101

March 8, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.