UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No.3:01CR00257(RNC) |
| | : |
| TASHA WELLS | : |

FILED

2005 JUN 13 A 7: 13

DISTRICT COURT
HARTFORD, CT.

## VIOLATION OF PROBATION & MODIFICATION OF SPECIAL CONDITIONS

On August 9, 2002, the defendant, Tasha Wells, was sentenced to 3 years probation in violation of 18 U.S.C. § 371 which charges Conspiracy, by the Honorable Robert N. Chatigny, Chief United States District Judge. The following special conditions were imposed: 1) The defendant shall be placed on home confinement with electronic monitoring for a period of three months. The costs shall be paid by the probation office. 2) The defendant shall pay restitution in the amount of $3,500 as follows: $105.05 to YNHHFCU, Attn: Dawn Greco, 20 York St, Room 80 BC, New Haven, CT 06504; and $3,394.95 to CUNA Mutual Group: Attn: Terry Stocker, Claim No. B597 852, PO Box 12221, Madison, CT. The defendant shall pay restitution at a rate of $75 per month. 3) The defendant shall participate in a substance abuse treatment program approved by the probation officer, which may include random testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of, the costs associated with substance abuse treatment, based on her ability to pay, in an amount approved by the probation officer. 4) The defendant shall participate in a mental health treatment program approved by the probation officer, which may include counseling. The defendant shall pay all, or a portion of, the costs associated with mental health treatment, based on her ability to pay, in an amount approved by the probation officer.

WHEREAS on February 3, 2005, United States Probation Officer Michael P. Rafferty informed the Court of violation behavior in that Ms. Wells was arrested for the third time for domestic charges.

WHEREAS on March 28, 2005, and again on May 31, 2005, the defendant, having appeared before the Court, and being represented by counsel, was found in violation of her probation; and,

WHEREAS the Court found it appropriate to continue Ms. Wells on probation and modify the special conditions of probation;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the special conditions of the defendant's supervised release be added/modified requiring: 1) The defendant shall be placed on home confinement with electronic monitoring for the remainder of her probationary term. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment no later than June 24, 2005. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office. The costs of home confinement with electronic monitoring will be the responsibility of the Government.

Signed and dated at Hartford, Connecticut this ____12____ day of June 2005.

_____
The Honorable Robert N. Chatigny
Chief United States District Judge